Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendant Haynes Enterprises, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JASON MCQUILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>EDWARD P. BERNARDI and HAYNES ENTERPRISES, INC., an Oregon Corporation<br>Defendants. | Case No. 3:18-cv-1669-HZ<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against both defendants shall be dismissed with prejudice and without attorney's fees or costs to any of the parties.

DATED: March 6, 2019

LAW OFFICE OF MATTHEW SUTTON

*/s/ Matthew Sutton*
Matthew Sutton, OSB # 924797
Attorneys for Plaintiffs

KEATING JONES HUGHES, P.C.

*/s/ Peter D. Eidenberg*
Peter D. Eidenberg, OSB # 075778
Attorneys for Defendant
Edward P. Bernardi

COSGRAVE VERGEER KESTER LLP

*/s/ Robert E. Sabido*
Robert E. Sabido, OSB # 964168
Attorneys for Defendant
Haynes Enterprises, Inc.

Based on the parties' stipulation, it is:

ADJUDGED that all of plaintiff's claims against both defendants are dismissed with prejudice and without attorney's fees or costs to any of the parties.

DATED: 3/7, 2019

                                          *Marco Hernandez*
                                          Marco A. Hernandez
                                          United States District Court Judge